## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

**JESSICA LOWTHER,**
**and KELLY STOUT SANCHEZ,**
**Rule 1-017 Guardian ad Litem for A.L. and W.L.**

      **Plaintiffs,**

**v.**                                                                            **No. 1:19-cv-01205**

**JACOB WOOTTON and**
**COUNTY OF BERNALILLO,**

      **Defendants.**

### NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1332, Defendant Jacob Wootton, by and through his attorneys, SaucedoChavez, P.C. (Frank T. Apodaca and Brian Griesmeyer), hereby gives notice of the removal to this Court of the civil action filed in the Second Judicial District Court for the State of New Mexico, County of Bernalillo, Cause No. D-202-CV-2019-07961, and as grounds therefore states:

On October 16, 2019, Plaintiffs filed their Complaint for Civil Rights Violations (*hereinafter* referred to as the "Complaint") with the Second Judicial District Court. A Court-endorsed copy of the Complaint is attached hereto as **Exhibit A**.

Counsel for Defendant Jacob Wootton accepted service in this matter on November 27, 2019 via electronic mail, although Plaintiffs never actually served him. This Notice of Removal is timely as it is being filed within thirty (30) days of Defendant Wootton accepting service.

County of Bernalillo joins in and consents to this Notice of Removal.

Pursuant to 28 U.S.C. § 1446(d), copies of the Notice of Removal will be promptly given to all adverse parties and a copy of the Notice of Removal will be filed with the Clerk of the Second Judicial District Court, County of Bernalillo, State of New Mexico.

The Court has original jurisdiction over the claims stated against Defendants in this case pursuant to 28 U.S.C. § 1332(a) because the amount in controversy exceeds $75,000, and there is complete diversity of citizenship. Plaintiffs are not citizens of New Mexico as of the time of filing the complaint and are domiciled in Kansas City, Missouri. Defendants are citizens of New Mexico: Wootton is domiciled in New Mexico and Bernalillo County is a political subdivision of New Mexico. Based on damages Plaintiffs allege in the complaint, including damages for family separation for months and malicious abuse of process, Plaintiffs' claims support an amount in controversy in excess of $75,000. *McPhail v. Deere Co.*, 529 F.3d 947, 955 (10th Cir. 2008).

Pursuant to Rule 81.1(a) of the Local Rules of the United States District Court for the District of New Mexico, Wootton will, within twenty-eight (28) days, file a Notice of Filing of State Court Record and copies of the pleadings filed in the Second Judicial District for the State of New Mexico, County of Bernalillo, in Cause No. D-202-CV- 2019-07961.

Respectfully submitted,

**SAUCEDOCHAVEZ, P.C.**

By: */s/ Frank T. Apodaca*
      Frank T. Apodaca
      Brian Griesmeyer
Post Office Box 30046
Albuquerque, NM 87190
(505) 338-3945
fapodaca@saucedochavez.com
bgriesmeyer@saucedochavez.com
***Attorneys for Defendants Jacob Wootton and County of Bernalillo***

2

IT IS HEREBY CERTIFIED that on December 23, 2019, the foregoing was sent by email to the following:

Rachel E. Higgins, Esq.
Law Offices of Rachel E. Higgins
Attorney at Law
111 Tulane Dr. SE
Albuquerque, NM  87106
(505) 247-9339
rachel@rachelhigginslaw.com

-and-

Vincent J. Ward, Esq.
H. Jesse Jacobus, III
Freedman Boyd Hollander
Goldberg Urias & Ward P.A.
20 First Plaza NW, Ste. 700
Albuquerque, NM  87102
(505) 842-9960
vjw@fbdlaw.com
hjj@fbdlaw.com


*/s/ Frank T. Apodaca*
Frank T. Apodaca