IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JESSICA LOWTHER,
and KELLY STOUT SANCHEZ,
Rule 1-017 Guardian ad Litem for A.L. and W.L.,

    Plaintiffs,

v.                          No. 1:19-CV-01205-MIS-JFR

JACOB WOOTTON, ET AL

    Defendants.

## NOTICE OF CHANGE OF ADDRESS

Vincent J. Ward, counsel of record for Plaintiffs, hereby notifies the court and all parties of his new address. Please direct all correspondence and notices to Vincent J. Ward at the following address:

> Vincent J. Ward
> The Ward Law Firm
> PO Box 7940
> Albuquerque, NM 87194
> vincent@wardlawnm.com
> 505-944-9454

Respectfully Submitted,

**FREEDMAN BOYD HOLLANDER
GOLDBERG URIAS & WARD, P.A.**

*/s/ Vincent J. Ward*
Vincent J. Ward
20 First Plaza, Suite 700
Albuquerque, NM 87102
P:(505) 842-9960/F:(505) 842-0761
vjw@fbdlaw.com

*Attorneys for Petitioner*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 11, 2021, I filed the foregoing document electronically through the CM/ECF system, which caused all counsel of record to be served by electronic means, as more fully reflected in the Notice of Electronic Filing.

                                                    _/s/Vincent J. Ward_
                                                    Vincent J. Ward