**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

JESSICA LOWTHER and
KELLY STOUT SANCHEZ,
Rule 1-017 guardian ad litem
for A.L. and W.L.,

       Plaintiffs,

v.

                                        No. 1:19-cv-01205-MIS-JFR

JACOB WOOTTON and
BOARD OF COUNTY
COMMISSIONERS FOR
BERNALILLO COUNTY,

       Defendants.

## FINAL JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58(a), and consistent with the Court's Order

Granting Defendants' Motion to Dismiss Based on Res Judicata, issued concurrently herewith, the

Court issues its separate judgment finally disposing of this civil case.

IT IS **HEREBY ORDERED** that all claims in this case are **DISMISSED WITH**

**PREJUDICE**.

                                    _Margaret Strickland_

                                    **MARGARET STRICKLAND**
                                    UNITED STATES DISTRICT JUDGE